1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YI TAI SHAO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CHIEF JUSTICE JOHN G. ROBERTS, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-CV-00325-JAM-AC<br><br>**[PROPOSED]** ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Judge:　　　Honorable John A. Mendez<br>Courtroom:　6, 14th floor<br>Action Filed:　February 22, 2022 |

1

# [~~PROPOSED~~] ORDER

Defendant's Ex Parte Application for extension of time to respond to Plaintiff's complaint is **GRANTED**, and for the reasons stated above, Defendant's time to respond to the Complaint is extended by 60 days, to June 15, 2022, in accordance with Rule 144(c).

**IT IS SO ORDERED.**

Dated: April 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE