UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI TAI SHAO, | No. 2:22-cv-0325 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| JOHN G. ROBERTS, JR. et al., | |
| Defendants. | |

  Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On March 8, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 31. Plaintiff has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2022, are adopted in full; and

2. Plaintiff's motion to recuse the assigned district judge (ECF No. 29) is denied.

DATED: April 19, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE