UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI TAI SHAO, | No. 2:22-cv-0325 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| CHIEF JUSTICE JOHN G. ROBERTS, et al., | |
| Defendants. | |

     Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On March 30, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 35.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 68.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2022, are adopted in full;

2. Plaintiff's motion to recuse is denied; and

3. This action is dismissed with prejudice in its entirety because plaintiff cannot stat a claim which relief can be granted.

DATED:  April 19, 2022                         /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE